## CARR v. STATE.

### No. 19979.

Court of Criminal Appeals of Texas.

Dec. 7, 1938.

## WEIR v. STATE.

### No. 20024.

Court of Criminal Appeals of Texas.

Dec. 14, 1938.

No appearance for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

The appellant was convicted of perjury, and his punishment assessed at two years' confinement in the penitentiary.

The record is before us without statement of facts or bills of exception. The

J. A. Johnson, of Stephenville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is burglary; penalty assessed at confinement in the penitentiary for two years.

Appellant entered a plea of guilty to the offense charged and testified as a witness upon the trial admitting his connection with the crime.

No complaint of any matter of procedure has been presented for review.

Perceiving no error in the record, the judgment is affirmed.